# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §  **CRIMINAL COMPLAINT** |
| vs. | §  CASE NUMBER: DR:23-M -00369(1) |
| | § |
| (1) Alireza Heidari | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 23, 2023** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title　　**19**　　United States Code, Section(s)　　**1459(a)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On January 23, 2023, defendant, Alireza Heidari, an Iranian National, entered the United States illegally by wading across the Rio Grande River from Mexico to Del Rio, Texas and failed to report to immigration officials at an official Port of Entry to avoid scrutiny by officers at the Port of Entry. Defendant was apprehended shortly after crossing the Rio Grande River and provided a sworn statement to Immigration Officials in which he

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,　　　/s/ Fuentes, Rubi
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Complainant
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fuentes, Rubi
　　　　　　　　　　　　　　　　　　　　　　　　　　　Border Patrol Agent

01/31/2023　　　　　　　　　　　　　　　　　　　at　DEL RIO, Texas
File Date　　　　　　　　　　　　　　　　　　　　　　City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE　　　　　　　　　Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:23-M -00369(1)

(1) Alireza Heidari

**Continuation of Statement of Facts:**

admitted that he entered the United States illegally.  Derogatory information was found on this subject at a higher classification.  Subject was apprehended in Del Rio, Texas located in the Western District of Texas."

_____  
Signature of Judicial Officer

/s/ Fuentes, Rubi  
_____  
Signature of Complainant